THE FIRST CONGREGATIONAL CHURCH OF SCHENECTADY, NEW YORK, Appellant, v. WILLIAM P. FAUST et al., Respondents.

*First Congregational Church of Schenectady* v. *Faust*, 171 App. Div. 961, affirmed.

(Argued January 15, 1919; decided February 4, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 22, 1915, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury. The action was brought in the name of plaintiff church for a perpetual injunction restraining the defendants from interfering with " plaintiff, its trustees and members " in the holding of services in a portion of the church building belonging to plaintiff corporation and for damages. The trial court found that the defendants, except the defendant Lunn, were, at the commencement of the action, *de facto* trustees of the plaintiff, in possession, and that the court was without jurisdiction to determine in this action who were the *de jure* trustees of the plaintiff.

*Robert J. Landon* for appellant.

*Frank Cooper* for respondents.

Judgment modified by striking therefrom the words " on the merits," and as so modified affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.